# District Court of the United States

# for the

# Central District of California



FILED
CLERK, U.S. DISTRICT COURT

NOV 24 2023

CENTRAL DISTRICT OF CALIFORNIA
BY: ___rsm___ DEPUTY

|  |  |
|---|---|
| Kristen Michelle Lee Joseph, Plaintiff<br>            v.<br>Los Angeles County, Superior Court of California in the County of Los Angeles, Housing is Key, United States and California Grant Program, Department of Children and Families of Los Angeles, Anthony Holguin, Claudia Holguin, Louis Corrado, and Unknown Owners, Defendants<br>            v.<br>A Port commonly known as 5434 Premiere Avenue in Lakewood California and Cargo, and the Vessel commonly known as "Wrigley Joseph" under the Citizenship of the United States, Defendants | **2:23-CV-09991-SVW-E**<br><br>**Civil Action No.:**<br><br><br>Please see all relevant State Actions:<br><br>Holguin v. Joseph Case#:23NWUD00203<br><br>Joseph V. Holguin Case #: 23NWCV03216<br><br>Federal Class Action: 2:23-CV-08320-SVW-E<br><br>California 2nd District Court of Appeal: B333039<br><br>In re Wrigley J. Case#:21CCJP00852A |

# COVER SHEET

This is a Matter of Admiralty
Plaintiffs address and contact is below
Most parties, if not all of them are in Los Angeles County.
Plaintiff is a Citizen of both California and the United States, but is naturalizing and would like dejure naturalization status for this case.

Defendants are
1. A county of California Municipal Corporation
2. a State/Federally funded entity
3. State Agencies
4. Two citizens
5. Unknown Persons
6. Plaintiffs biological son as a Vessel
7. Plaintiffs rental house as a Port.

This is an original proceeding.
I am demanding a jury trial if this cannot be dealt with in equity.
This is an action in garnishment in Admiralty.
There are four causes of action one of which is based on City of v. Shelby which amounts to notice pleading as per FRCP Rule 8 for notice pleadings.

The Proper Venue Appears to be the Western Division, but I will let the court sort that you.

A similar case was dismissed, this is a re-pleading of that case.

I am not aware of any other related cases.

This case deals with a forfeiture matter.
   It arises from a closely related transaction
   This case calls for a determination of a similar question of law and fact.
   It involves matters that would have duplication of labor by different judges.

Respectfully Submitted,

Date __11.22.2023_____   By: _____

**Kristen Michelle Lee Joseph**
5434 Premiere Avenue
Lakewood California [90712]
mommyandwrigley@gmail.com
Tel. (562) 314-8111
*Self Represented*

## Verification

I declare under penalty of perjury that the foregoing is true and correct.

Date ___11.22.2023_____   By: _____

**Kristen Michelle Lee Joseph**
5434 Premiere Avenue
Lakewood California [90712]
Mommyandwrigley@gmail.com
Tel. (562) 314-8111
*Self Represented*