# District Court of the United States

# for the

# Central District of California

FILED
CLERK, U.S. DISTRICT COURT
NOV 24 2023
CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_rsm\_\_\_\_ DEPUTY

| | |
|---|---|
| Kristen Michelle Lee Joseph, Plaintiff<br>v.<br>Los Angeles County, Superior Court of California in the County of Los Angeles, Housing is Key, United States and California Grant Program, Child Protective Services of Los Angeles, Anthony Holguin, Claudia Holguin, Louis Corrado, and Unknown Owners, Defendants<br><br>v.<br>A Port commonly known as 5434 Premiere Avenue in Lakewood California and Cargo, and the Vessel commonly known as "Wrigley Joseph" under the Citizenship of the United States, Defendants | 2:23-CV-09991-SVW-E<br><br>Civil Action No.:<br><br>Please see all relevant State Actions:<br><br>Holguin v. Joseph Case#:23NWUD00203<br><br>Joseph V. Holguin Case #: 23NWCV03216<br><br>Federal Class Action: 2:23-CV-08320-SVW-E<br><br>California 2nd District Court of Appeal: B333039<br><br>In re Wrigley J. Case#:21CCJP00852A |

**Certification and Notice of Interested Parties**
(As per Local Rule 7.1-1)

To the Court and All Parties of Record:

    The undersigned that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

    Plaintiff notes that there are many more individuals who are interested. For instance, Los Angeles County is named as a defendant. There is a Board of Supervisors elected to that entity. I did not list each of those individuals. There are many more, I am doing what appears to be relevant based on a number of simple factors.

| Party | Connection/Interest |
|---|---|
| Los Angeles Superior Court in Los Angeles | Defendant |
| Housing is Key (State/Fed agency) | Defendant |
| Los Angeles Children and Family Services | Defendant |
| Anthony Holguin | Defendant |
| Claudia Holguin | Defendant |
| Louis Corrado | Defendant |
| Wrigley Joseph | Defendant or Party of relevance. |
| Unknown Does | |

Respectfully Submitted,

Date 11/22/23     By: _____*Kristen Michelle Lee Joseph*_____

**Kristen Michelle Lee Joseph**
5434 Premiere Avenue
Lakewood California [90712]
mommyandwrigley@gmail.com
Tel. (562) 314-8111
*Self Represented*

## Verification

I declare under penalty of perjury that the foregoing is true and correct.

Date   11/22/23     By: _____*Kristen Michelle Lee Joseph*_____

**Kristen Michelle Lee Joseph Joseph**
5434 Premiere Avenue
Lakewood California [90712]
mommyandwrigley@gmail.com
Tel. (562) 314-8111
*Self Represented*