# District Court of the United States for the
# Central District of California



FILED
CLERK, U.S. DISTRICT COURT

12/1/23

CENTRAL DISTRICT OF CALIFORNIA
BY: _____eee_____ DEPUTY

|  |  |
|---|---|
| Kristen Michelle Lee Joseph,  Plaintiff )<br>v. )<br>Los Angeles County, Superior Court of California in the County of Los Angeles, Housing is Key, United States and California Grant Program, The Department of Children and Families of Los Angeles,  Anthony Holguin, Claudia Holguin, Louis Corrado and Unknown Owners, Defendants )<br>v. )<br>A Port commonly known as 5434 Premiere Avenue in Lakewood California and Cargo, and the Vessel commonly known as "Wrigley Joseph" under the Citizenship of the United States, Defendants | **Civil Action No.:** 2:23-CV-09991-SVW-E<br><br>Please see all relevant State Actions:<br><br>"Holguin v. Joseph Case#:23NWUD00203<br><br>Joseph V. Holguin Case#:23NWCV03216<br><br>California 2nd District Court of Appeal: B333039<br><br>In re Wrigley J. Case#:21CCJP00852A" |

**Request for Service by a Marshal or Someone Specially Appointed
Under 28 U.S.C. 1916**

To the Court,

    I ask under Code Section 1916 of Title 28 that this court have this matter served by either a Federal Marshall or someone specially appointed.

                      Respectfully Submitted,

Date: November 22, 2023          By: _____

**Kristen Michelle Lee Joseph**
5434 Premiere Avenue
Lakewood California [90712]
mommyandwrigley@gmail.com
Tel. (562) 314-8111
*Self Represented*