# District Court of the United States
# for the
# Central District of California



FILED
CLERK, U.S. DISTRICT COURT

12/1/23

CENTRAL DISTRICT OF CALIFORNIA
BY: _____eee_____ DEPUTY

)

| | |
|---|---|
| Kristen Michelle Lee Joseph, Plaintiff ) | |
| v. ) | |
| Los Angeles County, Superior ) | **Civil Action No.:** 2:23-CV-09991-SVW-E |
| Court of California in the County of ) | |
| Los Angeles, Housing is Key, United States ) | |
| and California Grant Program, The ) | Please see all relevant State Actions: |
| Department of Children and Families ) | |
| of Los Angeles, Anthony Holguin, Claudia ) | "Holguin v. Joseph Case#:23NWUD00203 |
| Holguin, Louis Corrado and ) | |
| Unknown Owners, Defendants ) | Joseph V. Holguin Case#:23NWCV03216 |
| v. ) | |
| A Port commonly known as 5434 Premiere ) | California 2nd District Court of Appeal: B333039 |
| Avenue in Lakewood California and ) | |
| Cargo, and the ) | In re Wrigley J. Case#:21CCJP00852A" |
| Vessel commonly known as "Wrigley Joseph" under the Citizenship of the United States, ) | |
| Defendants ) | |

**Request for Service by a Marshal or Someone Specially Appointed
Under 28 U.S.C. 1916**

To the Court,

    I ask under Code Section 1916 of Title 28 that this court have this matter served by either a Federal Marshall or someone specially appointed.

                                              Respectfully Submitted,

Date: November 22, 2023        By: _____

                                         **Kristen Michelle Lee Joseph**
                                         5434 Premiere Avenue
                                         Lakewood California [90712]
                                         mommyandwrigley@gmail.com Tel. (562) 314-8111
                                         *Self Represented*