# District Court of the United States
# for the
# Central District of California

| | |
|---|---|
| **Kristen Michelle Lee Joseph, Plaintiff** | |
| v. | **Civil Action No.:** |
| Los Angeles County, Superior Court of California in the County of Los Angeles, Housing is Key, United States and California Grant Program, The Department of Children and Families of Los Angeles, Anthony Holguin, Claudia Holguin, Louis Corrado and Unknown Owners, Defendants | 2:23-CV-09991-SVW-E |
| | Please see all relevant State Actions: |
| | Holguin v. Joseph Case#:23NWUD00203 |
| v. | Joseph V. Holguin Case#:23NWCV03216 |
| A Port commonly known as 5434 Premiere Avenue in Lakewood California and Cargo, and the Vessel commonly known as "Wrigley Joseph" under the Citizenship of the United States, Defendants | California 2nd District Court of Appeal: B333039 |
| | In re Wrigley J. Case#:21CCJP00852A |

# Summons in a Civil Action

To: Defendants:

Anthony Holguin -19005 Wileys Well Road, Blythe, CA
Claudia Holguin-5409 Faculty Lakewood, CA
Louis Corrado-5420 Faculty Lakewood, CA
Housing is Key-2020 W El Camino Ave, Sacramento, CA
Los Angeles Superior Court-111 North Hill Street Los Angeles, CA
County of Los Angeles-500 West Temple Street Los Angeles, CA
Department of Children and Families-520 Shatto Place Los Angeles, CA

A lawsuit has been filed against you. Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk of the Court

Date: 12/5/23

Signature of Clerk or Deputy Clerk

Erick E. Estrada