UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:23-cv-09991-SVW-ADS | Date | March 13, 2024 |
|---|---|---|---|
| Title | Kristen Michelle Lee Joseph v. Los Angeles County et al | | |

JS - 6

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**     IN CHAMBERS ORDER DISMISSING ACTION

    Despite filing her complaint on November 24, 2023, Plaintiff has not served the complaint. Further, she was granted an opportunity to provide the Court with information about her IFP request and has not complied with the order [10]. Her address is also invalid because mail was returned [11]. For those reasons, the case is dismissed without prejudice.

|  | : |
|---|---|
| Initials of Preparer | PMC |